NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DARIUSZ DOLACINSKI and MARIA
DOLACINSKI,

        Appellant,

v.
                                         Case No. 2D17-3082

BANK OF AMERICA,

        Appellee.
_____

Opinion filed April 27, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Polk County;
Steven L. Selph, Judge.

Dariusz and Maria Dolacinski, pro se.

Mary J. Walter of Liebler Gonzalez &
Portuondo, Miami, for Appellee.


PER CURIAM.


       Affirmed.


KELLY, SLEET, and BADALAMENTI, JJ., Concur.